DENNIS J. HERRERA, State Bar #139669
City Attorney
KATHARINE HOBIN PORTER, State Bar #173180
Chief Labor Attorney
BORIS REZNIKOV, State Bar #261776
JONATHAN ROLNICK, State Bar #151814
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone:     (415) 554-4296
E-Mail:        boris.reznikov@sfcityatty.org
               jonathan.rolnick@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


DAVID E. MASTAGNI, ESQ., State Bar #204244
ISAAC S. STEVENS, State Bar #251245
IAN B. SANGSTER, State Bar #287963
MASTAGNI HOLSTEDT, APC
1912 "I" Street
Sacramento, California  95811
Telephone:     (916) 446-4692
Facsimile:     (916) 447-4614

Attorneys for Plaintiffs
ABDULLAH WAZWAZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH WAZWAZ, JASON MOORE, KENNETH YEUNG, AND BRIAN KAM, on behalf of themselves and all similarly situated individuals,<br><br>              Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>              Defendant. | Case No. 18-cv-5580 HSG<br><br>**STIPULATION RE PROPOSED COLLECTIVE ACTION NOTICE PROCEDURE AND DEADLINES**<br><br>Assigned Judge:  **Hon. Haywood S. Gilliam, Jr.**<br><br>Date Action Filed:  September 12, 2018 |
| TAIRI DE BERNARDI, STEPHEN VAL KIRWIN, et al.<br><br>              Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>              Defendant. | Case No. 4:18-cv-04597-HSG<br><br>Date Action Filed:     July 30, 2018<br><br>Cases Related:  December 11, 2018 |

On September 12, 2018, Plaintiffs filed a civil complaint with this Court against Defendant. Plaintiffs allege that they have not been properly compensated by Defendant in violation of the Fair Labor Standards Act. On December 11, 2018, *De Bernardi v. City and County of San Francisco* Case No. 18-cv-04597-HSG was related to this collective action and both matters were assigned to the Honorable Haywood S. Gilliam Jr.

**IT IS STIPULATED BY THE PARTIES AS FOLLOWS**:

1) On February 7, 2019, the Court held a status conference and ordered the parties to meet and confer and file a stipulation about a proposed collective action notice procedure in this action. Pursuant to defense counsel's request, the Court set the deadline to file this stipulation for February 28, 2019.

2) The parties have started this meet and confer process, but have not had an opportunity to finalize the proposed stipulation and notice. Due to other pending matters, defense counsel seeks a one-week extension to complete this process and file a proposed stipulation and notice. Plaintiffs' counsel has agreed to this one-week extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        3) Based on the above, the parties ask this Court to extend the filing deadline for the proposed

2 stipulation and notice from February 28, 2019 to March 7, 2019.

Dated:  February 28, 2019                        DENNIS J. HERRERA
                                            City Attorney
                                            KATHARINE HOBIN PORTER
                                            Chief Labor Attorney
                                            BORIS REZNIKOV
                                            JONATHAN C. ROLNICK
                                            Deputy City Attorneys

                                   By: */s/ Boris Reznikov*
                                            BORIS REZNIKOV
                                          Attorneys for Defendant

                                   CITY AND COUNTY OF SAN FRANCISCO

Dated:  February 28, 2019                        MASTAGNI HOLSTEDT, APC

                                   By: */s/ Ian B. Sangster*
                                          DAVID E. MASTAGNI, ESQ.
                                          ISAAC S. STEVENS, ESQ.
                                          IAN B. SANGSTER, ESQ.

                                   Attorneys for Plaintiffs

                                   ABDULLAH WAZWAZ, JASON MOORE, KENNETH
                                   YEUNG, and, BRIAN KAM, on behalf of themselves
                                   and all similarly situated individuals

# [~~PROPOSED~~] ORDER

It is hereby ordered that, pursuant to the parties' stipulation, the deadline to file the proposed stipulation regarding the collective action notice procedure is extended from February 28, 2019 to March 7, 2019.

IT IS SO ORDERED.


Dated: ___3/1/2019_____          _____
                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                       United States District Judge