Gregg McLean Adam, Bar No. 203436
  gregg@majlabor.com
Wendi J. Berkowitz, Bar No. 145624
  wendi@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:   415.266.1800
Facsimile:   415.266.1128

Attorneys for Plaintiffs
TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al.*

DAVID E. MASTAGNI, Bar No. 204244
ISAAC S. STEVENS, Bar No. 251245
IAN B. SANGSTER, Bar No. 287963
MASTAGNI HOLSTEDT, APC
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
ABDULLAH WAZWAZ, et al.

DENNIS J. HERRERA, Bar No. 139669
City Attorney
KATHARINE HOBIN PORTER, Bar No. 173180
Chief Labor Attorney
JONATHAN YANK, Bar No. 215495
JOSEPH M. LAKE, Bar No. 246679
BORIS REZNIKOV, Bar No. 261776
JONATHAN ROLNICK, Bar No. 151814
Deputy City Attorneys
1390 Market Street, Floor Five
San Francisco, California  94102-5408
Telephone;   (415) 554-3896
Facsimile:   (415) 554-3816
Email:       jonathan.yank@sfcityatty.org
             joseph.m.lake@sfcityatty.org
             boris.reznikov@sfcityatty.org
             jonathan.rolnick@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al*.,<br><br>  Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No.  4:18-cv-04597-HSG (Coordinated with 4:18-cv-05580-HSG)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:   June 11, 2019<br>Time:   2:00 p.m.<br>Ctrm.:  2 – 4th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE – Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)

Page 1

Plaintiffs TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al.,* on behalf of themselves and all similarly situated individuals ("De Bernardi Plaintiffs"), Plaintiff ABDULLAH WAZWAZ, on behalf of himself and all similarly situated individuals ("Wazwaz Plaintiffs"), and Defendant CITY AND COUNTY OF SAN FRANCISCO ("City" or "Defendant") (collectively the "Parties"), by and through their attorneys of record, respectfully submit this Joint Request to Continue the Case Management Conference, currently set for June 11, 2019 at 2:00 p.m. The Parties request a continuance to one of the following dates: July 23, August 6, or August 13, 2019.

At our last joint case management conference, the Court set the next case management conference for June 18, 2019 with the expectation that by that time, the class opt-in period would have closed for both the *De Bernardi* case and the *Wazwaz* case and thus, the Parties would have a better understanding of both the class size and the potential damages. Later, the Court moved the case management conference to June 11. A third party administrator has been selected and engaged. Both the *De Bernardi* and the *Wazwaz* opt-in periods are still open, and the close of the opt-in periods is approximately one month later than initially anticipated – *De Bernardi* is set to close on July 2 and *Wazwaz* is set to close on June 26. The De Bernardi Plaintiffs also served a set of interrogatories geared towards answering questions relative to the calculation and payment of back-pay, entitlement to liquidated damages, and other damages issues. Answers to the interrogatories are due no later than June 6.

Since the class opt-in periods will not close until late June/early July, because damages discovery remains outstanding, and taking schedules into account, the Parties jointly request a continuance of the case management conference to July 26, August 6 or August 13, 2019.

Dated: May 29, 2019          MESSING ADAM & JASMINE LLP

By    */s/ Wendi J. Berkowitz*
Gregg McLean Adam
Wendi J. Berkowitz
Monique Alonso
Attorneys for Plaintiffs TAIRA DE BERNARDI,
STEPHEN VAL KIRWAN, *et al*.

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE – Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)    Page 2

1 | Dated: May 29, 2019           MASTAGNI HOLSTEDT APC

By    */s/ David Mastagni*
David Mastagni
Isaac P. Stevens
Ian B. Sangster
Attorneys for Plaintiffs,
ABDULLAH WAZWAZ, *et al.*

Dated: May 29, 2019           OFFICE OF THE SAN FRANCISCO CITY ATTORNEY
DENNIS J. HERRERA

By    */s/ Boris Reznikov*
DENNIS J. HERRERA, City Attorney
KATHARINE HOBIN PORTER, Chief Labor Attorney
JONATHAN YANK, Deputy City Attorney
JOSEPH M. LAKE, Deputy City Attorneys
BORIS REZNIKOV, Deputy City Attorneys
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE – Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)    Page 3

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Joint Request, and good cause appearing, the Court orders that the case management conference in the coordinated cases of *De Bernardi v. City and County of San Francisco* and *Wazwaz v. City and County of San Francisco*, previously set for June 11, 2019, is continued to ___August 6___, 2019 at 2:00 p.m. The Parties are ordered to file, no later than ___July 30___, 2019, a joint case management conference statement containing a proposed, agreed-upon discovery and pre-trial schedule for the remainder of the cases.

**IT IS SO ORDERED.**

Dated: ___5/30/2019___

Honorable Haywood S. Gilliam, Jr.
**UNITED STATES DISTRICT JUDGE**

00071833-1

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE – Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)

Page 4