UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRA DE BERNARDI, et al., <br> Plaintiffs, <br> v. <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Defendant. | Case No. 18-cv-04597-HSG <br><br> **SCHEDULING ORDER** <br><br> Re: Dkt. No. 100 |
| ABDULLAH WAZWAZ, et al., <br> Plaintiffs, <br> v. <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Defendant. | Case No. 18-cv-05580-HSG <br><br> Re: Dkt. No. 128 |

In its Order Granting Preliminary Approval, the Court directed the parties to meet and confer and stipulate to a schedule of dates for various events. Having considered the parties' proposals, the Court **SETS** the following deadlines:

//

//

//

//

//

//

| Event | Deadline |
|---|---|
| Deadline for Settlement Administrator to mail notice to all Collective Action Members | July 1, 2021 |
| Deadline for receipt of signed releases or written objection(s) to the settlement | August 30, 2021 |
| Deadline for Administrator to deliver initial accounting of releases and objections to parties | September 14, 2021 |
| Deadline for follow-up solicitation of releases | October 14, 2021 |
| Deadline for Administrator to deliver final accounting of releases and objections to parties | October 29, 2021 |
| Deadline for City to file notice of intention | November 15, 2021 |
| Filing deadline for final approval motion | December 10, 2021 |
| Final approval hearing | January 20, 2022, at 2:00 p.m. |

This terminates Docket Nos. 100 in case 4:18-cv-04597-HSG and 128 in case 4:18-cv-05580-HSG.

**IT IS SO ORDERED.**

Dated: 6/15/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2