GREGG McLEAN ADAM, (SBN 203436)
gregg@majlabor.com
WENDI J. BERKOWITZ, (SBN 145624)
wendi@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:    (415) 266-1800
Facsimile:    (415) 266-1128

Attorneys for Plaintiffs
TAIRA DE BERNARDI, *et al*

DAVID E. MASTAGNI, (SBN 204244)
davidm@mastagni.com
**MASTAGNI HOLSTEDT, APC**
1912 I Street
Sacramento, California 95811
Telephone:    (916) 446-4692
Facsimile:    (916) 447-4614

Attorneys for Plaintiffs
ABDULLAH WAZWAZ, *et al*

DAVID CHIU (SBN 189542)
david.chiu@sfcityatty.org
JONATHAN C. ROLNICK (SBN 151814)
jonathan.rolnick@sfcityatty.org
OFFICE OF THE CITY ATTORNEY
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone;    (415) 554-3815
Facsimile:    (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al*.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant.<br><hr>ABDULLAH WAZWAZ, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No.  4:18-cv-04597-HSG<br><br>[*Consolidated for Pre-Trial Purposes with Case No.: 4:18-cv-05580-HSG*]<br><br>**STIPULATED JUDGMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

The Parties, through their counsel, stipulate as follows:

1. That final judgment be entered in accordance with the Court's March 4, 2022 Order granting the Parties' Joint Motions for Final Approval of Collective Action Settlement ("Final Approval Motion").

2. That the settlement funds reflected in the Settlement Agreement and pursuant to the Order granting the Final Approval Motion, be released to the Third Party Administrator, BrownGreer, for disbursement to (1) all Plaintiffs who have signed releases, in the amounts reflected in the Final Approval Motion and accompanying declarations, (2) BrownGreer, for settlement administrator costs in the amount of $94,000, for fees incurred up to and including November 19, 2019, (3) Messing Adam & Jasmine LLP, *De Bernardi* counsel, for attorneys' fees in the amount of $150,000, (4) Mastagni Holstedt, APC, *Wazwaz* counsel, for attorneys' fees in the amount of $65,000, (5) *De Bernardi* lead plaintiffs Taira De Bernardi and Stephen Val Kirwan, for lead plaintiff incentive awards in the amount of $1,250 each.

3. That Defendant pay BrownGreer, within 15 days of BrownGreer's submission to Defendant of its final invoice, an additional sum for fees incurred and to be incurred, since November 20, 2019, in connection with administering the settlement and disbursing settlement proceeds.

4. That all "No Recovery Plaintiffs," and "Recovery Plaintiffs" who have not signed releases, be dismissed without prejudice from the actions.  These individuals are listed in Exhibit A to this Stipulated Judgment.

5. That all "Recovery Plaintiffs" who signed releases and have settlement payments made to them be dismissed with prejudice from the actions.  These individuals are listed in Exhibit B to this Stipulated Judgment.

6. That this Stipulated Judgment be implemented in accordance with the terms of the Settlement Agreement and the Order granting the Final Approval Motion.

IT IS SO STIPULATED.

Dated: March 14, 2022    MESSING ADAM & JASMINE LLP

By _____
Gregg McLean Adam
Wendi J. Berkowitz
Attorneys for Plaintiffs
TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, et al.

Dated: March 14, 2022    MASTAGNI HOLSTEDT, APC

By _____
DAVID E. MASTAGNI
TAYLOR DAVIES-MAHAFFEY
Attorneys for Plaintiffs
ABDULLAH WAZWAZ, JASON MOORE, KENNETH YEUNG and BRIAN KAM, on behalf of themselves and all similarly situated individuals

Dated: March 14, 2022    OFFICE OF THE CITY ATTORNEY

By _____
DAVID CHIU, City Attorney
JONATHAN C. ROLNICK, Chief Labor Attorney
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Judgment is so entered in accord with the above.

Dated: _____March 15___, 2022

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

Dated: March 14, 2022              MESSING ADAM & JASMINE LLP


By _____
Gregg McLean Adam
Wendi J. Berkowitz
Attorneys for Plaintiffs
TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, et al.

Dated: March 14, 2022              MASTAGNI HOLSTEDT, APC


By _____
DAVID E. MASTAGNI
TAYLOR DAVIES-MAHAFFEY
Attorneys for Plaintiffs
ABDULLAH WAZWAZ, JASON MOORE, KENNETH YEUNG and BRIAN KAM, on behalf of themselves and all similarly situated individuals

Dated: March 14, 2022              OFFICE OF THE CITY ATTORNEY


By _/s/_____
DAVID CHIU, City Attorney
JONATHAN C. ROLNICK, Chief Labor Attorney
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Judgment is so entered in accord with the above.

Dated: March 15, 2022


_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE